COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-468-CV

 

 

IN RE HOWARD M.
ROSENSTEIN                                               RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and motion for
reconsideration of relator=s
request for emergency relief and/or relator=s second
request for emergency temporary relief and is of the opinion that relief should
be denied.  Accordingly, relator's
petition for writ of mandamus and motion for reconsideration of relator=s
request for emergency relief and/or relator=s second
request for emergency temporary relief are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL B:   DAUPHINOT, LIVINGSTON,
and HOLMAN, JJ.

 








DELIVERED: 
January 4, 2007











    [1]See
Tex. R. App. P. 47.4.